THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony L.
 Freeman, Appellant.
 
 
 

Appeal From Chesterfield County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2009-UP-586
Submitted December 1, 2009  Filed
 December 14, 2009
Affirmed

 
 
 
 Appellate Defender, Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, of Columbia; and Solicitor Jay E. Hodge, Jr.,
 of Cheraw, for Respondent.
 
 
 

PER CURIAM: Anthony L. Freeman appeals his guilty plea to possession with intent to
 distribute marijuana.  Freeman argues the trial court abused its discretion by
 not allowing Freeman to withdraw his guilty plea.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: Wilder Corp. v.
 Wilke, 330 S.C. 71, 76, 497 S.E.2d
 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for
 the first time on appeal, but must have been raised to and ruled upon by the
 trial judge to be preserved for appellate review."). 
Affirmed.
Short, Thomas, and
Konduros, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.